**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LARRY KLAYMAN**<br><br>                    Plaintiff,<br>v.<br><br>**THOMAS FITTON et al.**<br><br>                    Defendants | **Case No.: 1:19-cv-2793** |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Larry Klayman ("Plaintiff") hereby moves this Court for a 14-day extension, until and including December 11, 2019 to file a response to Defendants' Motion to Dismiss. The reason for this request is that Plaintiff, who is representing himself *pro se*, has recently undergone a medical procedure on both eyes and has suffered from complications that have made it extremely difficult for him to read or work for any extended periods of time, especially on computer screens. During that recovery period, Plaintiff has had a lot of client and other emergencies be backed up, for which he is still catching up. He is also short staffed during the holiday period.

Plaintiff has asked counsel for Defendants for their consent, but they have not responded to Plaintiff's request.

Dated: November 27, 2019                              Respectfully submitted,

                                                                                 */s/ Larry Klayman*
                                                                                Larry Klayman, Esq.
                                                                                KLAYMAN LAW GROUP, P.A.
                                                                                2020 Pennsylvania Ave. NW, Suite 800

2

Washington, DC 20006  
Tel: 561-558-5536  
Email: leklayman@gmail.com

Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on November 27, 2019

                                            */s/ Larry Klayman*  
                                            Attorney