# EXHIBIT 4



Dina James <daj142182@gmail.com>

## Re: Klayman v. Judicial Watch
7 messages

**Larry Klayman** <leklayman@gmail.com>  Wed, Jan 15, 2020 at 6:36 AM
To: Richard Driscoll <rdriscoll@driscollseltzer.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>
Bcc: daj142182@gmail.com

Your motion would ask for unconstitutional relief. Provide what so called legal authority you will frivolously attempt to put forth.

I am giving you and opportunity to rethink this, before you subject yourself to sanctions, personally, under Rule 11, 28 U.S.C. 1927 and the inherent authority of the court.

As for filing this in the Stone case, you are aware that he will soon be deposed. I suspect Fitton, Orfanedes, Farrell and Peterson are nervous about Stone implicating them further in the defamation that occurred by falsely publishing and testifying that I sexually harassed Judicial Watch's office manager. This has been going on since I left Judicial Watch, and recently came even more to the fore through Stone's published statements that quoted Fitton and Judicial Watch around the same time that Judicial Watch was assisting Stone over the raid on his home by the FBI in Ft. Lauderdale. Just a coincidence?

What are your clients afraid of? The truth?

Richard, its in your best interests not to file this frivolous motion, particularly since there is a pre-existing judgment in Florida for Judicial Watch defaming me. Its one thing to run up the bill for you, who is paid by an insurance company, but this proposed motion would be an attempt to force me to expend valuable time responding to a non-meritorious "May Mary" attempt to appease your clients.

Let me know Rich. Not a good idea for you.

Larry

On Tue, Jan 14, 2020 at 2:30 PM Richard Driscoll <rdriscoll@driscollseltzer.com> wrote:

> Mr. Klayman,
>
> Defendants intend to file a motion seeking to declare you a vexatious litigant and requesting an injunction requiring you to seek leave of court before filing any claims against Judicial Watch, Mr. Fitton, Mr. Orfanedes or Mr. Farrell. Please indicate whether you will agree to the relief requested by close of business tomorrow, January 15, 2020.
>
> Richard W. Driscoll, Esquire
>
> ## Driscoll & Seltzer, PLLC
>
> 300 N. Washington Street, Suite 610  |  Alexandria, VA 22314
>
> 703.879.2601 Direct  |  703.997.4892 Facsimile
>
> Email:  rdriscoll@driscollseltzer.com
>
> The information contained in this message, including attachments, may contain privileged or confidential information that is intended to be delivered only to the person identified above. If you are not the intended recipient, or the person responsible for delivering this message to the intended recipient, Driscoll & Seltzer requests that you immediately notify

the sender and asks that you do not read the message or its attachments, and that you delete them without copying or sending them to anyone else.

---

**Larry Klayman** <leklayman@gmail.com>     Wed, Jan 15, 2020 at 6:37 AM
To: Richard Driscoll <rdriscoll@driscollseltzer.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>
Bcc: daj142182@gmail.com

Hail Mary -- typo at end
[Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>     Wed, Jan 15, 2020 at 6:43 AM
To: Richard Driscoll <rdriscoll@driscollseltzer.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>
Bcc: daj142182@gmail.com

Represent as well that you have been put on notice that a cross motion for sanctions under Rule 11, 28 U.S.C. 1927 and the inherent authority of the court will result. Attach the email that I just sent so the court can be fully informed.

Larry

On Wed, Jan 15, 2020 at 6:42 AM Richard Driscoll <rdriscoll@driscollseltzer.com> wrote:

> We will represent in the Motion that you oppose the relief requested.
>
> [Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>     Wed, Jan 15, 2020 at 6:44 AM
To: Richard Driscoll <rdriscoll@driscollseltzer.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>
Bcc: daj142182@gmail.com

P.S. Your motion will be another attempt by you and your clients to smear me. Attach his email too.

Larry
[Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>     Tue, Jan 28, 2020 at 1:55 PM
To: Dina James <daj142182@gmail.com>

[Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>     Tue, Jan 28, 2020 at 1:55 PM
To: Dina James <daj142182@gmail.com>

---------- Forwarded message ----------
From: **Larry Klayman** <leklayman@gmail.com>
Date: Wed, Jan 15, 2020 at 6:36 AM
Subject: Re: Klayman v. Judicial Watch
To: Richard Driscoll <rdriscoll@driscollseltzer.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>

[Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>           Tue, Jan 28, 2020 at 1:58 PM
To: Dina James <daj142182@gmail.com>

---------- Forwarded message ---------
From: **Richard Driscoll** <rdriscoll@driscollseltzer.com>
Date: Wed, Jan 15, 2020 at 6:42 AM
Subject: RE: Klayman v. Judicial Watch
To: Larry Klayman <leklayman@gmail.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>


We will represent in the Motion that you oppose the relief requested.


Richard W. Driscoll, Esquire

# Driscoll & Seltzer, PLLC

300 N. Washington Street, Suite 610 | Alexandria, VA 22314

703.879.2601 Direct | 703.997.4892 Facsimile

Email: rdriscoll@driscollseltzer.com


The information contained in this message, including attachments, may contain privileged or confidential information that is intended to be delivered only to the person identified above. If you are not the intended recipient, or the person responsible for delivering this message to the intended recipient, Driscoll & Seltzer requests that you immediately notify the sender and asks that you do not read the message or its attachments, and that you delete them without copying or sending them to anyone else.


**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Wednesday, January 15, 2020 9:36 AM
**To:** Richard Driscoll <rdriscoll@driscollseltzer.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>
**Subject:** Re: Klayman v. Judicial Watch


Your motion would ask for unconstitutional relief. Provide what so called legal authority you will frivolously attempt to put forth.

[Quoted text hidden]
[Quoted text hidden]