# EXHIBIT 2

 

# driscoll seltzer

Richard W. Driscoll*
Direct: 703.879.2601
rdriscoll@driscollseltzer.com
*Admitted in VA, DC and MD

March 5, 2012

**BY EMAIL AND FIRST CLASS MAIL**

Larry E. Klayman, Esquire
2020 Pennsylvania Avenue, N.W., Suite 345
Washington, DC 20006

                    Re:    Putative Claim for defamation, etc.

Dear Mr. Klayman:

This firm represents Judicial Watch, Inc. relating to the above-referenced matter.

Through a series of emails and again during our conversation on Tuesday, February 28, 2012, you advanced vague and unsupported allegations that Judicial Watch, its President Thomas Fitton and an employee are participants in a conspiracy to defame and disparage you based on the recent indictment handed down in Ohio. To date, you have produced no evidence to support these truly outrageous allegations.

As I stated to you during our conversation, Judicial Watch did not authorize, make, or participate in making, any statements regarding your indictment for criminal non-support. For this reason, it is not necessary for Judicial Watch to take any action to clarify or correct the statements of others.

                    Sincerely,

                    DRISCOLL & SELTZER, PLLC

                    By: _Rich D___dll_
                    Richard W. Driscoll

cc:    Paul J. Orfanedes, Esquire

*a professional limited liability company*                    O:\Client Matters\70007\1 - Correspondence\LEK 03 01 12.doc



## Judicial Watch

**Richard Driscoll** <rdriscoll@driscollseltzer.com>                    Mon, Mar 5, 2012 at 7:49 AM
To: Larry Klayman <leklayman@gmail.com>

Mr. Klayman:


Please see the attached letter.


Best regards,


Rich


Richard W. Driscoll, Esquire

Driscoll & Seltzer, PLLC

300 N. Washington St., Suite 304

Alexandria, VA 22314

703.879.2601 (Direct)

703.997.4892 (Facsimile)

rdriscoll@driscollseltzer.com

www.driscollseltzer.com


The information contained in this message, including attachments, may contain privileged or confidential information that is intended to be delivered only to the person identified above. If you are not the intended recipient, or the person responsible for delivering this message to the intended recipient, Driscoll & Seltzer requests that you immediately notify the sender and asks that you do not read the message or its attachments, and that you delete them without copying or sending them to anyone else.


 **LEK 03 05 12.pdf**
44K

1/24/14 9:12 PM



Larry Klayman <leklayman@gmail.com>

# Defamation, False Light and Other Potential Causes of Action

3 messages

---

**Larry Klayman** <leklayman@gmail.com>                                    Fri, Feb 24, 2012 at 10:24 AM
To: rdriscoll <rdriscoll@driscollseltzer.com>

Rich:

Is there a time today when you are free to speak? Have you communicated with your clients, Judicial Watch, Fitton et. al?

This matter is serious and much damage has been done through Connie Ruffley, Fitton and others, individually and on behalf of JW. And, this is not the only recent instance where I have been defamed and held in a false light in the last few months. I will explain when we talk.

The French have an expression; "the more things change the more they remain the same." While the French government  just removed the word "madmoiselle" from government documents, this French proverb still applies, particularly when it comes to Fitton and co

Let me know. Rather than just filing suit, I am attempting to discuss having your clients mitigate the damage and to try to resolve matters if we can.

Sincerely,

Larry Klayman

---

**Richard Driscoll** <rdriscoll@driscollseltzer.com>                        Fri, Feb 24, 2012 at 1:47 PM
To: Larry Klayman <leklayman@gmail.com>

I am available now.


Richard W. Driscoll, Esquire

Driscoll & Seltzer, PLLC

300 N. Washington St., Suite 304

Alexandria, VA 22314

703.879.2601 (Direct)

703.997.4892 (Facsimile)

rdriscoll@driscollseltzer.com

---

www.driscollseltzer.com

The information contained in this message, including attachments, may contain privileged or confidential information that is intended to be delivered only to the person identified above. If you are not the intended recipient, or the person responsible for delivering this message to the intended recipient, Driscoll & Seltzer requests that you immediately notify the sender and asks that you do not read the message or its attachments, and that you delete them without copying or sending them to anyone else.

**From:** Larry Klayman [mailto:leklayman@gmail.com]
**Sent:** Friday, February 24, 2012 1:25 PM
**To:** Richard Driscoll
**Subject:** Defamation, False Light and Other Potential Causes of Action

[Quoted text hidden]

**leklayman@gmail.com** <leklayman@gmail.com>                    Fri, Feb 24, 2012 at 2:08 PM
Reply-To: leklayman@gmail.com
To: Richard Driscoll <rdriscoll@driscollseltzer.com>

Tied up now. Call later
Sent from my Verizon Wireless BlackBerry

**From:** "Richard Driscoll" <rdriscoll@DriscollSeltzer.com>
**Date:** Fri, 24 Feb 2012 16:47:40 -0500
**To:** Larry Klayman<leklayman@gmail.com>
**Subject:** RE: Defamation, False Light and Other Potential Causes of Action
[Quoted text hidden]



## PL CALL ME - URGENT

**Larry Klayman** <leklayman@gmail.com>                                    Thu, Feb 23, 2012 at 10:24 AM
To: rdriscoll <rdriscoll@driscollseltzer.com>

> RICH:
>
> I AM BEING DEFAMED BY AN EMPLOYEE AND AGENT OF JUDICIAL WATCH, CONNIE RUFFLEY.
>
> PL CALL ME TO DISCUSS.
>
> THANK YOU,
>
> LARRY
>
> 310 595 0800

**Richard Driscoll** <rdriscoll@driscollseltzer.com>                          Thu, Feb 23, 2012 at 11:00 AM
To: Larry Klayman <leklayman@gmail.com>

> I attempted to contact you but the went unanswered and the message box was full. Will be in witness interview for
> remainder of the day.
>
> Richard W Driscoll
> Sent from my iPhone
> [Quoted text hidden]

**leklayman@gmail.com** <leklayman@gmail.com>                                 Thu, Feb 23, 2012 at 11:03 AM
Reply-To: leklayman@gmail.com
To: Richard Driscoll <rdriscoll@driscollseltzer.com>

> Let's talk after. In the meantime thanks for advising JW and Ruffley what I informed u about. I will explain more when
> we talk. Its over the Obama citizenship issue and Ruffley is out making false statements about me and my personal
> life etc. I have a record of what was said and done.
>
> Best
>
> Larry
> [Quoted text hidden]
> Sent from my Verizon Wireless BlackBerry

**Richard Driscoll** <rdriscoll@driscollseltzer.com>                          Thu, Feb 23, 2012 at 12:54 PM
To: leklayman@gmail.com

> I have no information regarding your assertions and concede nothing.
>
> Richard W Driscoll
> Sent from my iPhone

[Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>                              Thu, Feb 23, 2012 at 3:05 PM
To: Richard Driscoll <rdriscoll@driscollseltzer.com>

Didn't expect you as their counsel to concede anything. But if you want to learn what is at issue call me. Hopefully, matters can be resolved appropriately without further harm.

Best,

Larry
[Quoted text hidden]