**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LARRY KLAYMAN** | |
| Plaintiff, | |
| v. | **Case No.: 1:19-cv-2793** |
| **THOMAS FITTON et al.** | |
| Defendants | |

**PLAINTIFF'S MOTION TO STRIKE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT**

Plaintiff Larry Klayman moves to strike Defendants Supplemental Memorandum in Support of Motion to Declare Plaintiff a Vexatious Litigant, ECF No. 15, as the pleadings were closed on his motion to declare vexatious litigant and thus the supplement that was filed is procedurally defective.

Defendants and their counsel were put on notice this morning that Plaintiff would so move. Exhibit 1. Furthermore, the lawsuit recently filed in the U.S. District Court for the Eastern District of Virginia which Defendants reference and attach to their unauthorized supplement is meritorious and regrettably necessary. See Exhibit 2. Over the years, as Plaintiff Klayman pointed out in reply to his motion for sanctions, which is incorporated herein by reference, Exhibit 3, he has sought to settle matters with Fitton and the other Defendants, but they and their counsel Richard Driscoll have refused and instead continue to run up lost time and thus lost legal fees and costs for Mr. Klayman as a further means to harm him and his family. Mr. Klayman does not have the luxury of counsel paid for by an insurance carrier, as do the Defendants.

1

Indeed, the reason that Defendants, and most particularly Thomas Fitton, have moved this court to enjoin Plaintiff Klayman from further warranted lawsuits – as their tortious conduct is never-ending -- is so that they can continuously and vindictively seek to harm him and his family. And to top it all, and to add insult to injury, off Defendant Fitton, a non-lawyer, has filed two bar complaints against Mr. Klayman, which also cause him to expend a huge amount of valuable resources to defend. Undoubtedly, Defendant Orfanedes, who is a licensed lawyer in the District of Columbia, does not want to put his name on these vindictive and retaliatory complaints, as he then could be held to account before the District of Columbia Bar Disciplinary Counsel and the Board of Professional Responsibility which regulates attorney conduct.

WHEREFORE Plaintiff's motions should respectfully be granted.

Dated: February 13, 2020                                     Respectfully submitted,

                                                                                    */s/ Larry Klayman*
                                                                                    Larry Klayman, Esq.
                                                                                    KLAYMAN LAW GROUP, P.A.
                                                                                    2020 Pennsylvania Ave. NW, Suite 800
                                                                                    Washington, DC 20006
                                                                                    Tel: 561-558-5536
                                                                                    Email: leklayman@gmail.com

                                                                                    Plaintiff Pro Se

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on February 13, 2020

                                                                                    */s/ Larry Klayman*
                                                                                    Attorney