

Oliver Peer <oliver.peerfw@gmail.com>

## Re: Reply in Support of Cross-Motion

**Larry Klayman** <leklayman@gmail.com>   Thu, Feb 13, 2020 at 6:54 AM
To: rdriscoll <rdriscoll@driscollseltzer.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>

Opposed. To move to strike would be another frivolous motion subject to sanctions. I had a right to file my reply to my first motion to have you and defendants sanctioned. Govern yourselves accordingly.

Larry Klayman

On Thu, Feb 13, 2020, 9:29 AM Richard Driscoll <rdriscoll@driscollseltzer.com> wrote:

> Mr. Klayman:
>
> Defendants intend to move to strike your reply as inappropriate and non-responsive.  Before doing so, I am writing to inquire whether you will agree to the relief proposed.
>
> Richard W. Driscoll, Esquire
>
> ## Driscoll & Seltzer, PLLC
>
> 300 N. Washington Street, Suite 610  |  Alexandria, VA 22314
>
> 703.879.2601 Direct  |  703.997.4892 Facsimile
>
> Email:  rdriscoll@driscollseltzer.com
>
> The information contained in this message, including attachments, may contain privileged or confidential information that is intended to be delivered only to the person identified above. If you are not the intended recipient, or the person responsible for delivering this message to the intended recipient, Driscoll & Seltzer requests that you immediately notify the sender and asks that you do not read the message or its attachments, and that you delete them without copying or sending them to anyone else.