IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,** <br><br> Plaintiff, <br> v. <br><br> **THOMAS FITTON et. al,** <br><br> Defendants | Case No.: 1:19-cv-02793 |

**PLAINTIFF'S MOTION TO STRIKE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT**

Plaintiff Larry Klayman opposes the motion to supplement filed late yesterday by Defendant Thomas J. Fitton, someone who has repeatedly over the last 17 years since Mr. Klayman left Judicial Watch to run for the U.S. Senate in Florida in the Republican primary, interfered with in his personal and professional life. Plaintiff Klayman has been repeatedly defamed and harmed by Defendant Fitton and Judicial Watch, which he now heads as a non-lawyer. Indeed, for one of Judicial Watch's defamatory acts, undertaken at the direction of Fitton, a jury returned a verdict for $181,000.00 in compensatory and punitive damages before the Honorable Cecilia Altonaga of the U.S. District Court for the Southern District of Florida. *See* Exhibit 1 – Jury Verdict and Judgment.

In the last year alone, Defendant Fitton has continued his campaign to harm Plaintiff Klayman, interfering with his attempts to regain membership in the Council for National Policy ("CNP"), which years ago Plaintiff Klayman let lapse due to the dues required for continued membership during the 2008 financial crisis. Defendant Fitton has also continued to make the false statements to CNP and others that Plaintiff Klayman was ousted from Judicial Watch

1

because of a sexual harassment complaint, a defamatory representation that Defendant Fitton was forced to admit – under oath – was false in a recent deposition concerning the republication of this falsity by convicted felon Roger Stone. Defendant Fitton and Judicial Watch assisted Roger Stone in lawsuits filed to obtain documents concerning the FBI raid, implemented through a warrant, on Stone's home in Florida. The two of them apparently work together to suit their own ends, including recent pleas by Defendant Fitton to have President Trump pardon Stone, made on Tucker Carlson's show on Fox News. *See* Exhibit 2 – Deposition Transcript excerpt.

Defendant Fitton and Judicial Watch's support for and assistance to Stone, a felon correctly convicted on seven counts of perjury, witness tampering and obstruction of justice, is outrageous and in fact destructive of the mission conceived of when Plaintiff Klayman conceived of and founded Judicial Watch on July 29, 1994; namely, to promote ethics in government and the legal profession under the rule of law. Thus, Plaintiff Klayman created the tag line for Judicial Watch, "Because No One is Above the Law." Apparently, Defendant Fitton has subverted this mission with his own actions and his support of Stone, who he claims was illegally persecuted by federal law enforcement and the Honorable Amy Berman Jackson, who instead fairly presided over the government's prosecution of Stone.

In any event, the order issued by the Honorable Leonie Brinkema of the U.S. District Court for the Eastern District of Virginia, dismissing Defendant Fitton's latest effort to harm Plaintiff Klayman, is based on alleged lack of personal jurisdiction in Virginia and not on the merits of the case, and is clearly in error in any event. Accordingly, Plaintiff Klayman has moved Judge Brinkema for reconsideration of her order incorrectly dismissing the case with prejudice, which she did not have a basis to do, other than having been deceived by the false narrative of Defendant Fitton and his counsel. Coupled with this motion, which is Exhibit 3 to this opposition

and which is incorporated herein by reference, is also a motion to amend the complaint to cure any perceived pleading deficiency over the personal jurisdiction issue.

In short, as pled in this case before this honorable Court, it is Defendant Fitton who needs to be reined in from his continued attempts to harm Klayman, not Plaintiff Klayman. And as previously briefed and ordered by this Court when Defendant Fitton attempted to file another supplement to his unwarranted motion to declare Plaintiff a vexatious litigant, this case stands on its own. What Judge Brinkema failed to understand, given the misleading argument presented by Defendant Fitton and his insurance defense counsel, is that one can be defamed over and over again, at different times and in different venues, and an earlier case for defamation in one venue does not preclude later cases that seek redress for the cumulative damage which was caused.

For the foregoing reasons, the motion to supplement filed by Defendant Fitton and his counsel must respectfully be denied, as was the prior one.

Dated: May 5, 2020

Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
2020 Pennsylvania Ave. NW, Suite 800
Washington, DC 20006
Tel: 561-558-5536
Email: leklayman@gmail.com

Plaintiff *Pro Se*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on May 5, 2020

*/s/ Larry Klayman*