UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN** *Individually*, <br><br> Plaintiff, <br><br> v. <br><br> **THOMAS J. FITTON** *Individually*, et al., <br><br> Defendants. | Civil Action No. 19-cv-2793 (TSC) |

## ORDER TO SHOW CAUSE

Having dismissed *Klayman v. Judicial Watch*, 19-cv-2604-TSC, 2021 WL 602900 (D.C. Feb. 16, 2021), it is hereby ordered that by March 3, 2021, the parties shall SHOW CAUSE why the current action should not be reassigned to Judge Kollar-Kotelly as an earlier assigned case. *See* LCvR 40.5; *see Klayman v. Judicial Watch,* 6-cv-670-CKK (D.D.C.). The parties' responses shall be limited to 5 pages.

Date: February 24, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge