UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN**, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 1:19-cv-02793 (TSC) |
| **THOMAS FITTON**, *et al.* | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion (ECF No. 22), Defendants' Motion to Dismiss (ECF No. 4) is hereby GRANTED without prejudice.

Date: September 30, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge